AO91 (Rev. 12/03) Criminal Complaint      Felmy      AUSA      United States District Court
Southern District of Texas
FILED
DEC 21 2016

# UNITED STATES DISTRICT COURT

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Rutilio AMAYA-Ortiz
A091 880 859 Mexico

**CRIMINAL COMPLAINT**

Case Number: B-16- MJ-1218

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about December 20, 2016 in Cameron County, in the Southern District Of Texas defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)/(b)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on December 20, 2016. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on June 10, 2010. The defendant was convicted of Unlawfully Attempting to Enter the U.S. After Previous Deportation on December 9, 2009. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $15 US dollars and $2,500 Mexican pesos in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Rodriguez, Iris G.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 21, 2016                                  at   Brownsville, Texas
Date                                                    City/State

Ronald G. Morgan          U.S. Magistrate Judge
Name of Judge             Title of Judge              Signature of Judge